**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:13-CR-00008-ALM-AGD** |
| | § | |
| **OMAR LOYA (1)** | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This report and recommendation addresses an amended petition for revocation of the defendant's supervised release. Dkt. 64 (sealed).

**PROCEDURAL HISTORY**

On November 23, 2013, defendant Omar Loya was sentenced to 108 months of imprisonment followed by three years of supervised release. Dkt. 44 at 2–3. Loya's term of supervised release commenced on December 31, 2024. Dkt. 64 at 1 (sealed).

In February 2026, a probation officer petitioned the court for a warrant, alleging that Loya had violated conditions of his supervised release. *Id.* at 1–3 (sealed). Specifically, the petition alleged that Loya had violated conditions that required him to not commit another federal, state, or local crime; to not unlawfully possess a controlled substance; to not possess a firearm; to not associate with any person engaged in criminal activity or who has been convicted of a felony; and to refrain from excessive use of alcohol and from use of any controlled substance. *Id.* (sealed). In support of those allegations, the petition asserted that, on November 7, 2025, Loya assaulted another person who was a convicted felon. *Id.* at 1–2 (sealed). The petition also asserted that, in February 2026, Loya was arrested for aggravated kidnapping. *Id.* at 3 (sealed). Finally, the petition asserted that Loya tested positive for methamphetamines. *Id.* at 2 (sealed).

A final revocation hearing was held before me on November 2, 2026. Minute Entry for Nov. 2, 2026. Loya pleaded true to the allegations. *Id.* He also consented to revocation of his supervised release and waived his right to object to my proposed findings and recommendations. *Id.*; Dkt. 76.

The government requested a sentence of 24 months of imprisonment, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

**RECOMMENDATION**

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) Loya's supervised release be revoked based on allegations one through ten in the amended petition, Dkt. 64 (sealed); (2) Loya be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months, to run concurrently with any other term of imprisonment; and (3) Loya be placed at a facility in North Texas, if appropriate.

So **ORDERED** and **SIGNED** this 12th day of November, 2026.

Bill Davis
United States Magistrate Judge